GEORGE D. SMALL v. THOMAS WARD and MATTHIAS WILLIAMSON.

ON CERTIORARI.

A general reversal of a judgment of the Court of Common Pleas, rendered on appeal does not restore the judgment of the justice, but leaves the plaintiff at liberty to prosecute anew.

Den *ex dem v.* Fen.

The effect of the reversal on certiorari of a judgment of a Court of Common Pleas rendered on appeal from the court for the trial of small causes whereby a judgment given by the justice for the plaintiff before him was reversed and judgment of the Common Pleas given for the original defendant was the question raised in this cause.

*Halsey*, for the plaintiff in certiorari, insisted that by the hearing and judgment on the appeal the original judgment was superseded, and by the reversal of the former, the matter stood as if no suit had been brought.

*Scudder*, for the defendants, contended that the reversal of the judgment of the Common Pleas was an affirmance of the judgment of the justice, because by the language of the reversal the party is ordered to be restored in all things, &c., and the repeal of a repealing statute is the revival of the original. He cited *Tho. Raym.* 100, 1 *Lev.* 153, 1 *Mod.* 121, 1 *Ventr.* 34, 1 *Keble* 827, *Yelv.* 117, 118.

BY THE COURT.—The question now raised was considered and decided by this court in the case of *Smock* v. *Throckmorton*, November Term, 1825. It was there held that by a general reversal of a judgment of a Court of Common Pleas rendered on appeal, the matter was left entirely open and the plaintiff permitted anew to prosecute for his alleged cause of action.

Judgment reversed.